# Third District Court of Appeal

## State of Florida

Opinion filed May 19, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1290
Lower Tribunal No. 19-37565
_____

**Jorge Antonio Puente,**
Appellant,

vs.

**Steve Protulis, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Jorge Antonio Puente, in proper person.

Cole Scott & Kissane P.A., and Peter D. Weinstein, and Michael A. Rosenberg, and Erika L. Muller (Plantation), for appellees.

Before EMAS, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.